# SACK & SACK

ATTORNEYS-AT-LAW

110 EAST 59TH STREET, 19TH FLOOR

NEW YORK, NEW YORK 10022

PHONE: (212) 702-9000 • FAX: (212) 702-9702

**Eric R. Stern**
ext.: 209
e-mail: EStern@SackandSack.com

January 18, 2008

RECEIVED
CHAMBERS OF

JAN 1 8 2008

JUDGE SCHEINDLIN

**BY HAND AND FAX TO:** (212) 805-7920

Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

1/18/08

Re: **Jean P. Simon, MD v. UNUM, et al**
**Index No. 07-CV-60385 (SAS)**

11426

Dear Judge Scheindlin:

We represent the Plaintiff in the referenced matter. We write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for January 22, 2008, at 4:30 pm. This is Plaintiff's first request for such an adjournment. Defendants' Counsel consents to this request.

By way of background, on November 20, 2007, the Plaintiff, Dr. Pascal Simon, filed a Summons with Notice to bring an action for breach of contract, among other claims stemming from Defendants' bad faith denial of insurance claims. Subsequently, on or about December 20, 2007, Defendants removed this matter to the Southern District of New York. As of today's date, the Plaintiff has not yet served the Defendants with the Complaint in this matter. Accordingly, the Plaintiff's request that the Initial Conference setting forth discovery and other relevant deadlines be adjourned until the Complaint in this matter has been filed.

## SACK & SACK
### ATTORNEYS-AT-LAW

Honorable Shira A. Scheindlin
January 18, 2008
Page 2

      Thank you for your attention in this matter. We look forward to hearing from the Court in due course.



Very truly yours,

Eric R. Stern

ERS/br
CC:   VIA FAX TO: (212) 244-6200
      Andrew I. Hamelsky
      White and Williams, LLP
      One Penn Plaza, 18th Floor, Suite 1801
      New York, New York 10119

---

*Plaintiff's request is granted. The initial conference previously scheduled for Jan. 22, 2008 is adjourned to Feb. 15, 2008, at 4:30 p.m. There will be no further adjournments.*

*SO ORDERED:*

Date: Jan. 18, 2008

Shira A. Scheindlin, USDJ