# SACK & SACK

ATTORNEYS-AT-LAW

110 EAST 59TH STREET, 19TH FLOOR

NEW YORK, NEW YORK 10022

PHONE: (212) 702-9000 • FAX: (212) 702-9702

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08
```

**Eric R. Stern**
ext.:   209
e-mail: EStern@SackandSack.com

February 13, 2008

```
RECEIVED
CHAMBERS OF
FEB 13 2008
JUDGE SCHEINDLIN
```

**BY FAX TO:** (212) 805-7920
Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re:   Jean P. Simon, MD v. UNUM, et al
      Index No. 07-CV-60385 (SAS)
      11426

Dear Judge Scheindlin:

We represent the Plaintiff in the referenced matter. We write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Friday, February 15, 2008 at 4:30 pm. This is Plaintiff's second request for such an adjournment. Defendants' Counsel consents to this request.

We respectfully request an adjournment because of the observance of the Jewish Sabbath. On that date, the Sabbath begins at 5:12 pm. Accordingly, we respectfully inform the Court that we are available for a morning conference on that date, February 15, 2008, or any other day of the week (except Friday afternoons).

Very truly yours,

Eric R. Stern

ERS/br
CC:   VIA FAX TO: (212) 244-6200
      Andrew I. Hamelsky
      White and Williams, LLP
      One Penn Plaza, 18th Floor, Suite 1801
      New York, New York 10119

*Plaintiff's request is granted. The conference previously scheduled for Feb 15, 2008, is adjourned to Feb. 19, 2008, at 4:00 p.m.*

*SO ORDERED*

*Shira A. Scheindlin, USDJ*

Date: Feb. 13, 2008