UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
------------------------------------------------

*Dr. Simon*

v.

*Unum Provident*

                                                 X
------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11426 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____
All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         Feb 19, 2008

*June would be best.*

_____
United States District Judge

*Thanks*