**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| M.D. JEAN P. SIMON,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNUM, UNUM PROVIDENT,<br>PROVIDENT LIFE AND CASUALTY<br>INSURANCE COMPANY, THE PAUL<br>REVERE LIFE INSURANCE<br>COMPANY, FIRST UNUM LIFE<br>INSURANCE COMPANY,<br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>UNUMPROVIDENT CORPORATION,<br>                    Defendants. | Civil Action No.:  07-cv-11426  (SAS)<br><br>**SCHEDULING ORDER**<br><br>Conference Date:  2/19/08 at 4:00 p.m. |

**WHEREAS,** the Court issued an Order for a Conference in accordance with Fed R. Civ.

P. 16(b) on **January 8, 2008** (the "Court Order"); and

**WHEREAS,** the Order requires that the parties jointly prepare and sign a proposed

scheduling order containing certain information;

**NOW THEREFORE,** the parties hereby submit the following information as required

by the Order:

    (1)     The Fed R. Civ. P. 16 conference is to take place on **February 19, 2008**;

For the Plaintiff:

    Jonathan Sack
    Eric R. Stern
    Sack & Sack
    110 East 59th Street, 19th Floor
    New York, New York  10022
    (212) 702-9000

For the Defendant:

    Andrew I. Hamelsky
    White and Williams LLP
    One Penn Plaza
    18th Floor, Suite 1801
    New York, New York 10119
    (212) 244-9500

(2)    the issues are as follows:

Plaintiff alleges that he is totally disabled in that he is not able to perform the substantial and material duties of your occupation and therefore entitled to benefits under disability policy numbers 36-3376084608, effective January 1, 1993; and 36-1737-6122493, issued by Provident Life and Casualty Insurance Company.

Defendant contends that Dr. Simon is not totally disabled in that he continues to perform many of the substantial and material duties of his occupation. Rather, Dr. Simon is residually disabled. At this time, Dr. Simon does not financially qualify for residual benefits.

(3)    a schedule including:

    (a)    Depositions:

| | |
|---|---|
| Jean P. Simon, M.D. : | on or before **May 2, 2008**; |
| Representative of Defendant: | on or before **May 19, 2008** |
| Doctors/Health care Providers: | on or before **June 16, 2008** |

(all depositions to be completed by **June 16, 2008**)

(b)     The parties will exchange documents pursuant to Request for Production of Documents no later than **March 28, 2008**;

(c)     Plaintiff will provide expert reports by **July 21,  2008**;

Defendant will provide expert reports by **August 21, 2008**;

(d)     All discovery to be completed by **October 6, 2008**;

(e)     ~~Plaintiff will provide pretrial order to defendant by **November 3, 2008**~~;

(f)     The date by which the parties will submit a pretrial order in a form conforming with the Court's instructions, together with trial briefs, for (1) proposed finding of fact and conclusion of law for non-jury trial or (2) proposed voir dire questions and proposed jury instructions, for a jury trial ; and

(g)     A space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), _Sept 2 at 4³⁰_.

(4)     The parties do not see any limitations to be placed on discovery nor do they believe a Protective Order at this time would be necessary;

(5)     There are no discovery issues to be brought to the Court's attention at this time;

(6)     Anticipated fields of expert testimony:  disability insurance underwriting;

(7)     Anticipated length of trial is one week;

-3-

(8)    This Scheduling Order may be altered or amended only on a showing of good

cause not foreseeable at the time of the conference or when justice so requires;


SACK & SACK                                         WHITE AND WILLIAMS LLP

By: _____                        By: _____
    Eric Stern (ES -1835)                               Andrew I. Hamelsky (AH-6643)
    Attorney for Plaintiff                              Attorneys for Defendant
    110 East 59th Street,                               One Penn Plaza
    19th Floor                                          18th Floor, Suite 1801
    New York, New York 10022                            New York, New York 10119
    (212) 702-9000                                      (212) 244-9500


SO ORDERED:

_____
Shira A. Scheindlin, USDJ                    2/19/08