DOC #:
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

# White and Williams LLP

**WW**

One Penn Plaza
18th Floor, Suite 1801
New York, NY 10119
Phone: 212.244.9500
Fax: 212.244.6200

Andrew I. Hamelsky
Direct Dial: 212.631.4406
Direct Fax: 212.631.4426
hamelskya@whiteandwilliams.com

July 2, 2008

<u>Via Facsimile</u>

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RECEIVED
CHAMBERS OF
JUL 02 2008
JUDGE SCHEINDLIN

    RE: Jean P. Simon v. Unum Group, et al
         Our File No.: 0016931 - K0174
         Civ. No.: 07-cv-11426 (SAS)

Dear Judge Scheindlin:

    I represent defendants in the above referenced matter. The purpose of this letter is to request a brief adjournment of the July 8, 2008 conference. I have spoken to my adversary who has consented.

    I seek an adjournment because I fractured my hand and had surgery on it last week. Currently my physician has restricted my ability to travel. I believe that within a week or so I should be able to attend Court.

    The parties respectfully request that the aforementioned conference be adjourned to the week of <u>July 21, 2008</u> or thereafter at the Courts convenience.

    Thank you in advance for your cooperation.

Respectfully submitted,
WHITE AND WILLIAMS LLP

By: _____
Andrew I. Hamelsky

*[Handwritten annotation:] Request granted. Conference adjourned to July 22 at 4:30. No further adjournment will be granted. So Ordered: [signature] USDJ 7/2/08*

AIH:mk
cc:   Jonathan S. Sack, Esq. (via facsimile)
      Eric R. Stern, Esq. (via facsimile)

Allentown, PA • Berwyn, PA • Cherry Hill, NJ
Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE

PHLDMS1 4454260v.1