UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DR. JEAN P. SIMON ,                                         :
                                                            :    **ORDER**
                    Plaintiff,                              :
                                                            :    07 Civ. 11426 (SAS)
       - against -                                          :
                                                            :
UNUM, et al.,                                               :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      A conference was held on July 22, 2008, which resulted in the following deadlines:

| | |
|---|---|
| Discovery cutoff: | October 31, 2008 |
| Plaintiff's Pretrial Order: | November 24, 2008 |
| Joint Pretrial Order: | December 16, 2008 |

A final pretrial/pre-motion conference has been scheduled for November 5, 2008, at 4:30 p.m., in Courtroom 15C.

      SO ORDERED:

      Shira A. Scheindlin
      U.S.D.J.

Dated:   New York, New York
         July 23, 2008

## - Appearances -

**For Plaintiff:**

Jonathan Sack, Esq.
Sack & Sack
110 East 59th Street, 19th Floor
New York, NY 10022
(212) 702-9000

**For Defendants:**

Andrew Hamelsky, Esq.
White & Williams
One Penn Plaza
New York, NY 10119
(212) 631-4406